# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Jill L. Todzia, Steven Todzia,                    Civil No. 08-2418 (RHK/JJK)

             Plaintiffs,            **DISQUALIFICATION AND**
                                     **ORDER FOR REASSIGNMENT**

vs.

Wyeth, Inc., Novartis Pharmaceuticals
Corporation,

             Defendants.

      The above-entitled matter has been assigned to the undersigned, a Judge of the above Court.  Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter.  Accordingly,

      **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.  The Clerk of Court shall not replace a card in the Master Deck for the undersigned.

      **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated:  June 18, 2008

                                s/Richard H. Kyle
                                RICHARD H. KYLE
                                United States District Judge